## EL PUEBLO v. GONZÁLEZ.

APELACIÓN procedente de la Corte de Distrito de Ponce.

No. 68.—Resuelto en junio 18, 1907.

APELACIÓN—PRUEBAS.—Apareciendo de las pruebas practicadas en este caso, que la única declaración en contra del acusado es en sí misma contradictoria, por lo que carece de fuerza legal para fundar en ella una convicción, que no está justificada por los demás elementos probatorios aportados al juicio, procede se revoque la sentencia apelada.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. José Tous Soto.*

Abogado del apelado: *Sr. Rossy, Fiscal.*

EL JUEZ ASOCIADO SR. HERNÁNDEZ, emitió la opinión del tribunal.

El presente es un recurso de apelación interpuesto por Luis González contra sentencia de la Corte de Distrito de Ponce, que por sentencia de once de octubre del año próximo pasado le impone, como convicto del delito contra natura, la pena de cinco años de presidio con trabajos forzados y las costas del juicio.

Alégase como fundamento del recurso la falta de prueba de la culpabilidad del apelante, por lo que la cuestión á discutir y resolver en el presente caso es puramente de hecho.

Examinado y considerada detenidamente la exposición de hechos, tal como ha sido aprobada por el juez inferior, no encontramos prueba alguna de que el apelante sea autor responsable del infame delito contra natura.

El único cargo que contra aquél existe, es la declaración del presunto ofendido, muchacho de once años de edad, que si no es idiota, muestra signos de propensión al idiotismo. Esa declaración es en sí misma contradictoria y carece de fuerza legal para poder fundar en ella una convicción.

No importa que según reconocimiento facultativo, el referido muchacho presentara en el borde anal una erupción cuya

naturaleza no puede precisarse, y que el acusado padeciera flujo gonorreico, pues no aparece que ambos flujos fueran del mismo carácter, y debido el del muchacho á roce ó infección por parte del apelante, máxime dada la circunstancia de que el esfínter anal, dilatado y cónico del muchacho es caraterístico de la pederastia pasiva.

Falta prueba de la culpabilidad del acusado, y ante esa falta de prueba somos de opinión que procede revisar la sentencia apelada, debiendo el juez inferior proceder á la celebración de un nuevo juicio ó dictar cualquier otra resolución arreglada á derecho.

*Revocada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Figueras, MacLeary y Wolf.